# United States Court of Appeals for the Fifth Circuit

———————————

No. 24-40187
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
November 15, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Marvin Ramon Ramos Ponce,

*Defendant—Appellant*.

———————————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:23-CR-18-1

———————————————————————————

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Marvin Ramon Ramos Ponce has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ponce has not filed a response.

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40187

The issue of the timeliness of Ponce's notice of appeal does not present a jurisdictional impediment to our consideration of the case, and we pretermit the issue. *See United States v. Martinez*, 496 F.3d 387, 388-89 (5th Cir. 2007). We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.